IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of<br><br>ROBERT M. SURANO and<br>KELLY M. SURANO<br>a/k/a KELLY M. ZDANOWICZ,<br><br>Debtors. | NO. 07-00646<br>CHAPTER 13<br><br><br><br>JUDGE A. BENJAMIN GOLDGAR |

## STATEMENT OF OUTSTANDING OBLIGATIONS

Now comes WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC., F/K/A NORWEST MORTGAGE, INC., its successors and/or assigns (hereinafter referred to as "WELLS FARGO BANK"), a creditor herein, by TERRI M. LONG, its attorney, and files this Statement of Outstanding Obligations:

1. That on January 15, 2007, the Debtors herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. That LITTON is a creditor of the Debtors with respect to a certain mortgage upon real estate, with a common address of 2206 Hermon Ave., Zion, Illinois 60099.

3. That, on December 14, 2009, the trustee filed and served a Notice of Payment of Final Mortgage Cure Amount Under Paragraph B(2)(b) of Plan.

4. As of this date, creditor's records still reflect a past due balance in the amount of $1,547.13. (See Exhibits A and B.) This discrepancy is due to an error in the Repayment Order dated March 27, 2008. The mortgage company credited a payment of $1,744.79 to Debtors account, in error. After reversing the payment, the account reflects the stated default.

5. That this statement is filed in response to trustee's notice and is intended to comply with the requirements set forth in said notice.

Respectively Submitted,

/s/ Terri M. Long
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois 60430
Phone: (708) 922-3301 Fax: (708) 922-3302
Atty. for WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC., F/K/A NORWEST MORTGAGE, INC., its Successors and/or Assigns

PAYMENTS RECEIVED

| | |
|---|---|
| Creditor: | Wells Fargo Bank, N. A. successor by merger to Wells Fargo Home Mortgage, Inc. |
| Debtors: | fka Norwest Mortgage, Inc. |
| | Robert M Surano and Kelly M Surano |
| Case No.: | 07-B-00646-653 |
| Loan No.: | xxxxxx3925 |
| Our File No.: | 4050-N-3835 |
| Collateral: | 2206 Hermon Ave |
| | Zion, Illinois 60099 |

Loan status as of December 30, 2009

On-going mortgage payments scheduled to be paid beginning February 1, 2007 by Debtors

| DATE RECEIVED | AMOUNT RECEIVED | DUE DATE | AMOUNT DUE | MISC FEES PAID | PAID OVER / (SHORT) |
|---|---|---|---|---|---|
| February 7, 2007 | $1,182.67 | February 1, 2007 | $1,138.83 | ($0.00) | $43.84 |
| March 29, 2007 | $1,140.00 | March 1, 2007 | $1,138.83 | ($0.00) | $1.17 |
| April 17, 2007 | $1,140.00 | April 1, 2007 | $1,138.83 | ($0.00) | $1.17 |
| May 31, 2007 | ($0.00) | May 1, 2007 | $1,138.83 | ($0.00) | ($1,138.83) |
| June 5, 2007 | $1,138.83 | June 1, 2007 | $1,138.83 | ($0.00) | ($0.00) |
| July 3, 2007 | $1,138.83 | July 1, 2007 | $1,138.83 | ($0.00) | ($0.00) |
| August 16, 2007 | $1,138.83 | August 1, 2007 | $1,138.83 | ($0.00) | ($0.00) |
| September 14, 2007 | $1,138.83 | September 1, 2007 | $1,138.83 | ($0.00) | ($0.00) |
| October 11, 2007 | $2,277.66 | | ($0.00) | ($0.00) | $2,277.66 |
| October 18, 2007 | $1,744.79 ✓ | | ($0.00) | ($0.00) | $1,744.79 |
| October 31, 2007 | ($0.00) | October 1, 2007 | $1,138.83 | ($0.00) | ($1,138.83) |
| November 30, 2007 | ($0.00) | November 1, 2007 | $1,138.83 | ($0.00) | ($1,138.83) |
| December 6, 2007 | $1,138.83 | December 1, 2007 | $1,138.83 | ($0.00) | ($0.00) |
| January 31, 2008 | ($0.00) | January 1, 2008 | $1,138.83 | ($0.00) | ($1,138.83) |
| February 21, 2008 | $2,277.66 | February 1, 2008 | $1,138.83 | ($0.00) | $1,138.83 |
| March 25, 2008 | $1,138.83 | March 1, 2008 | $1,138.83 | $840.84 | ($840.84) |
| March 27, 2008 | ($0.00) | | ($0.00) | ($0.00) | ($0.00) |
| April 11, 2008 | $1,213.81 | April 1, 2008 | $1,138.83 | ($0.00) | $74.98 |
| May 5, 2008 | $1,213.81 | May 1, 2008 | $1,162.14 | ($0.00) | $51.67 |
| June 16, 2008 | $1,213.81 | June 1, 2008 | $1,162.14 | ($0.00) | $51.67 |
| July 16, 2008 | $1,213.81 | July 1, 2008 | $1,162.14 | ($0.00) | $51.67 |
| July 31, 2008 | ($1,744.79) ✓ | | ($0.00) | ($0.00) | ($1,744.79) |
| August 12, 2008 | $1,213.81 | August 1, 2008 | $1,162.14 | ($0.00) | $51.67 |
| September 10, 2008 | $1,213.82 | September 1, 2008 | $1,162.14 | ($0.00) | $51.68 |
| October 20, 2008 | $1,162.14 | October 1, 2008 | $1,162.14 | ($0.00) | ($0.00) |
| November 18, 2008 | $1,162.14 | November 1, 2008 | $1,162.14 | ($0.00) | ($0.00) |
| December 18, 2008 | $1,162.14 | December 1, 2008 | $1,162.14 | ($0.00) | ($0.00) |
| January 19, 2009 | $1,162.14 | January 1, 2009 | $1,162.14 | ($0.00) | ($0.00) |
| February 17, 2009 | $1,162.41 | February 1, 2009 | $1,162.14 | ($0.00) | $0.27 |
| March 13, 2009 | $1,162.41 | March 1, 2009 | $1,162.14 | ($0.00) | $0.27 |
| April 9, 2009 | $1,162.14 | April 1, 2009 | $1,162.14 | ($0.00) | ($0.00) |
| May 6, 2009 | $1,162.14 | May 1, 2009 | $1,162.14 | ($0.00) | ($0.00) |
| June 16, 2009 | $1,162.14 | June 1, 2009 | $1,109.66 | ($0.00) | $52.48 |
| July 13, 2009 | $1,109.66 | July 1, 2009 | $1,109.66 | ($0.00) | ($0.00) |
| August 11, 2009 | $1,109.66 | August 1, 2009 | $1,109.66 | ($0.00) | ($0.00) |
| September 9, 2009 | $1,109.66 | September 1, 2009 | $1,109.66 | ($0.00) | ($0.00) |
| October 12, 2009 | $1,109.66 | October 1, 2009 | $1,109.66 | ($0.00) | ($0.00) |
| November 20, 2009 | $1,109.66 | November 1, 2009 | $1,109.66 | ($0.00) | ($0.00) |
| December 15, 2009 | $1,109.66 | December 1, 2009 | $1,109.66 | ($0.00) | ($0.00) |
| No payments received for 4050-N-3835 | | | | | |
| | | | | | |
| TOTALS | $39,251.60 | | $39,957.89 | $840.84 | ($1,547.13) |

PAYLOG

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re the matter of

ROBERT M. SURANO and
KELLY M. SURANO
a/k/a KELLY M. ZDANOWICZ,

NO. 07-00646
CHAPTER 13

Debtors.

JUDGE A. BENJAMIN GOLDGAR

### REPAYMENT ORDER WITH PROVISION
### FOR STAY RELIEF UPON DEFAULT

THIS CAUSE coming on to be heard on the motion of WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. F/K/A NORWEST MORTGAGE, INC., its successors and/or assigns, for relief from the automatic stay, the Court having jurisdiction over the subject matter;

**IT IS HEREBY ORDERED:**
1. That the movant must receive the following payments by the corresponding dates:
    A. The regular April, 2008, post-petition mortgage payment on or before the due date;
    B. $74.98 plus the May, 2008, post-petition mortgage payment on or before the due date;
    C. $74.98 plus the June, 2008, post-petition mortgage payment on or before the due date;
    D. $74.98 plus the July, 2008, post-petition mortgage payment on or before the due date;
    E. $74.98 plus the August, 2008, post-petition mortgage payment on or before the due date;
    F. $74.98 plus the September, 2008, post-petition mortgage payment on or before the due date.

(These payments represent a remaining post-petition default through March 2008 in the amount of $374.94, including fees and costs, and reflect a $1,138.83 payment on March 14, 2008, that may be applied without prejudice to this account.)

EXHIBIT B

*Page Two/Repayment Order With Provisions for Stay Relief Upon Default/SURANO/07-00646*

2. That movant must receive the payments listed in ¶1 on or before the corresponding dates. If movant fails to receive any one scheduled payment, the repayment schedule is void and the stay shall be automatically modified and Bankruptcy Rule 4001(a)(3) waived, as to movant, its principals, agents, successors and/or assigns, as to certain real estate, with a common address of 2206 Hermon Avenue, Zion, Illinois 60099, *fourteen (14)* calendar days after mailing notification to the Debtors, the Debtors' attorney, and the trustee, unless during that period the Debtors shall tender funds to bring the loan post-petition current.

3. That upon completion of the repayment schedule in ¶1 or tender of funds to bring the loan post-petition current under ¶2, the Debtors must continue to make regular post-petition mortgage payments directly to Creditor, continuing monthly thereafter for the pendency of the bankruptcy.

4. That if the movant fails to receive two post-petition monthly mortgage payments, thereby rendering the Debtors two months in post-petition default, the stay shall be automatically terminated as to movant, its principals, agents, successors and/or assigns, and Bankruptcy Rule 4001(a)(3) waived, as to the property securing its interest, *fourteen (14)* calendar days after mailing notification to the Debtors, the Debtors' attorney, and the trustee, unless during that period the Debtors shall tender funds to bring the loan post-petition current.

5. That in the event Movant takes action related to the Debtors' default pursuant to this Order, Movant is entitled to collect all legal fees incurred as related to such action. These legal fees must be paid within the same cure period set forth herein, or the provisions of ¶2 or ¶4 shall prevail.

ENTER:

BANKRUPTCY JUDGE

DATED: **MAR 27 2008**

LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois 60430
Phone: (708) 922-3301
Fax : (708) 922-3302
Atty. for WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC., F/K/A NORWEST MORTGAGE, INC., its successors and/or assigns